IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>SHAWN BIERD, as a Member of<br>Advance Auto Body LLC,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 09-CV-0561-C<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

A copy of the petition and order to show cause having been served on respondent on September 23, 2009, and the respondent having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Michael Majewski, or designee, at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Shawn Bierd, as a Member of Advance Auto Body LLC, for the taxable periods, June 30, 2003, September 30, 2003, December 31, 2003, March 31, 2004, June 30, 2004, September 30, 2004, December 31, 2004, March 31, 2005, June 30, 2005, September 30, 2005, December 31, 2005, March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006, March 31, 2007, June 30, 2007, and September 30, 2007 and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

All books, papers, records or other data specified in the Internal Revenue Service summons served upon respondent on June 30, 2009.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Michael Majewski, 545 Zor Shrine Place, Madison, WI 53719, telephone number 608/829-8108, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 4th day of November 2009.

Barbara B. Crabb
_____
HONORABLE BARBARA B. CRABB
United States District Judge