IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| Petitioner, | ) ) |
| v. | ) Case No. 09-CV-561 )  ) |
| SHAWN BIERD, Advance Autobody, LLC, | ) ) |
| Respondent. | ) ) |

---

### ORDER OF DISMISSAL

---

Petitioner's motion to dismiss on the ground that respondent has fully complied with the summons that is the subject of this action is hereby granted.

IT IS ORDERED that this action is DISMISSED.

Dated this 23 day of February 2010.

BY THE COURT

*Barbara B Crabb*
HONORABLE BARBARA B. CRABB
District Judge

Copy of this document has been provided to: US pondent
US Atty via NEF
this 23 day of Feb, 20 10
by *M Hardin*
M. Hardin, Secretary to
Judge John C. Shabaz